IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY KELLY,                   )
                                 )
     Plaintiff,                  )
                                 )         CIVIL ACTION NO.
     v.                          )           2:25cv202-MHT
                                 )               (WO)
THE RETIREMENT SYSTEM OF         )
ALABAMA, dba Retirement          )
Systems of Alabama               )
("RSA"), et al.,                 )
                                 )
     Defendants.                 )
```

OPINION

Plaintiff filed this lawsuit against a group of state agencies and officials asserting a wide and unusual mix of claims, including various types of discrimination, monopoly, racketeering, defamation, and negligence. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of August, 2025.

                                               /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE