IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv202-MHT |
| | ) | (WO) |
| THE RETIREMENT SYSTEM OF ALABAMA, dba Retirement Systems of Alabama ("RSA"), et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 29) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 24) is adopted.

(3) This lawsuit is dismissed without prejudice.

(4) All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 28th day of August, 2025.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE